IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:24-CR-139 |
| | : (JUDGE MARIANI) |
| SOLOMON RODRIGUEZ and STEVEN WONG, | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS** ___6th___ **DAY OF JUNE, 2024,** for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Steven Wong's Motion in Limine to Preclude Reference to the Infamous Ryders Motorcycle Club and Other Gang Activity (Doc. 13) is **GRANTED IN PART AND DEFERED IN PART** as follows:

    a. Defendant Wong's motion to preclude reference to the Infamous Ryders Motorcycle Club, and Defendant Wong's membership therein, is **DEFERRED UNTIL TIME OF TRIAL**.

    b. Defendant Wong's motion to preclude reference to the Infamous Ryders Motorcycle Club as a "gang" is **GRANTED**.

2. Defendant Steven Wong's Motion in Limine to Preclude Cornelius Green's Guilty Plea (Doc. 15) is **DENIED WITHOUT PREJUDICE**.

3. Defendant Steven Wong's Motion in Limine to Preclude the Testimony and Hearsay Statements of William Murphy (Doc. 17) is **DENIED WITHOUT PREJUDICE**.

_____
Robert D. Mariani
United States District Judge